Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 05 CR 691 - 1 | DATE | 10/27/2006 |
| CASE TITLE | USA vs. Stuart Levine | | |

**DOCKET ENTRY TEXT**

Arraignment/Change of plea hearing held on the Superseding Indictment. Defendant acknowledges receipt of the Superseding Indictment, waives formal reading and enters a plea of guilty to Counts One and Twenty-Three of the Superseding Indictment. Signed Plea Agreement submitted in open court. Defendant informed of rights. Judgment of guilty entered on the conditional plea, as stated in open court. Defendant's oral motion to modify conditions of bond is granted. Defendant is permitted to travel within the Continental United States with prior notice and approval from Pretrial Services, as stated in open court. Defendant's oral motion to waive his appearance at the next status is granted, unless directed otherwise by further order of court. Status hearing set for 1/29/2007 at 8:45 A.M.

Docketing to mail notices.

01:00

| | Courtroom Deputy Initials: | TH |
|---|---|---|

